**Dismiss and Opinion Filed July 12, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00904-CR**

**REGINALD NOBLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Francis

Reginald Noble was convicted of aggravated sexual assault of a child and was sentenced to life in prison. Appellant's conviction was affirmed on direct appeal. *Noble v. State*, No. 08-01-00035-CR, 2002 WL 221886 (Tex. App.—El Paso Feb. 14, 2002, pet. ref'd) (not designated for publication).[1] The Court now has appellant's pro se "amended motion for leave to file notice of appeal in rule 26.2, rule 26.3, and rule 25.2(b)." Attached to the document are other pro se documents, including an "amended motion for leave to file writ of mandamus under Tex. R. App. 72.1 and 72.2"; "amended motion for leave to file for forensic D.N.A. testing under chapter 64, art. 64.01(c)(2)"; "amended motion for leave to file brief for an oral argument in rule 38.1(h)"; and correspondence indicating appellant also wishes to file a bill of review.

---

[1] The appeal, originally filed in this Court and docketed as cause no. 05-00-02050-CR, was transferred to the El Paso Court of Appeals under a docket equalization order of the Texas Supreme Court.

Appellant's June 21, 2013 notice of appeal is untimely as to his 2000 conviction and this Court has no authority to grant appellant an out-of-time appeal. *See* TEX. R. APP. P. 26.2(a); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Moreover, Texas Rule of Appellate Procedure 72 governs original proceedings filed in the Texas Court of Criminal Appeals; original proceedings filed in this Court are governed by rule 52. *See* TEX. R. APP. P. 52, 72. Finally, this is not the proper Court in which to file a motion for post-conviction DNA testing under chapter 64. *See* TEX. CODE CRIM. P. ANN. arts. 64.01–.05 (West 2006 & Supp. 2012).

We dismiss the appeal for want of jurisdiction.


  /Molly Francis/
  MOLLY FRANCIS
  JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130904F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD NOBLE, Appellant

No. 05-13-00904-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F00-50025-K.
Opinion delivered by Justice Francis,
Justices O'Neill and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 12, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE